1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAMES ANDREW DORIA,

11              Plaintiff,                    No. 2:12-cv-0575 EFB P

12         vs.

13    ARNO NAPPI, et al.,

14              Defendants.                   ORDER

15    _____/

16         Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights

17    action brought pursuant to 42 U.S.C. § 1983.  On March 29, 2013, plaintiff filed a "Motion to

18    Decline a Magistrate Judge," stating that in January of 2013, he signed and dated a form, "but

19    never checked the box that [he] wanted to check off."  Dckt. No. 40; *see also* Dckt. No. 42.

20    Plaintiff states that he does "not want a magistrate judge to hear [his] case."  Dckt. No. 40.

21         Over one year ago, on April 4, 2012, plaintiff signed and dated a form indicating his

22    consent to the jurisdiction of a United States Magistrate Judge over all proceedings in this case.

23    Dckt. No. 5.  Once a civil case is referred to a Magistrate Judge under 28 U.S.C. § 636(c), the

24    reference can be withdrawn only "for good cause shown on its own motion, or under

25    extraordinary circumstances shown by any party."  28 U.S.C. § 636(c)(4); *Dixon v. Ylst*, 990

26    F.2d 478, 480 (9th Cir. 1993) ("There is no absolute right, in a civil case, to withdraw consent to

1    trial and other proceedings before a magistrate judge.").  Here, there are no circumstances

2    entitling plaintiff to withdraw his consent to the jurisdiction of the Magistrate Judge.

3          Accordingly, it is hereby ORDERED that plaintiff's motion to withdraw his consent to

4    the jurisdiction of a United States Magistrate Judge (Dckt. Nos. 40, 42) is denied.[1]

5    Dated:  April 8, 2013.

7                                    EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants Leatherman and Shiller have consented to the jurisdiction of a United States Magistrate Judge.  Dckt. No. 26.  Defendant Nappi, however, has not responded to the court's December 3, 2012 order, directing that he complete and return the form indicating either his consent to jurisdiction of the magistrate judge or request for reassignment to a district judge.