IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES ANDREW DORIA,

        Plaintiff,                      No. 12-cv-0575 EFB P

    vs.

ARNO NAPPI, et al.,

        Defendants.              <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He claims that a prison official denied his application for preferred legal user status ("PLU") and requests an order granting him PLU status so that he can "properly research and utilize [the] Discovery process." Dckt. No. 48. However, an exhibit filed with plaintiff's request shows that plaintiff was not improperly denied PLU status. Rather, plaintiff did not properly complete his PLU application, and a prison official denied the application on that basis. *See id.* (noting "section D incomplete"). Plaintiff fails to demonstrate that his right of access to the courts is being impaired, as he must follow appropriate procedures to obtain access to the law library and to obtain PLU status.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for PLU status (Dckt. No. 48) is denied.

Dated: May 8, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE